# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LifeMD, INC., JUSTIN SCHREIBER, and STEFAN GALLUPPI, | Civil Action No. 2:21-cv-1273 |
| Plaintiffs, | Hon. William S. Stickman, IV |
| vs. | |
| CHRISTIAN MATTHEW LAMARCO and SHADYSIDE PARTNERS, LLC (d/b/a CULPER RESEARCH), | |
| Defendants. | |

## **REPORT OF NEUTRAL**

A Mediation session was held in the above-captioned matter on **Monday, November 7, 2022 at 9:30 a.m.** before Thomas T. Frampton via Zoom videoconference.

The case (please check one):

☐ has resolved.
☐ has resolved in part.
☒ has not resolved.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____

_____

Date: _Nov. 7, 2022_    Signature of Neutral: _/s/ Thomas T. Frampton_
                                                                 Thomas T. Frampton, Esquire

60491-1170/2156482.1