IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIFEMD, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTIAN MATTHEW LAMARCO, *et al.*, <br><br> Defendants. | Civil Action No.: 2:21-cv-01273 <br><br> Hon. William S. Stickman IV |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this action against all defendants with prejudice, with each party bearing their own respective costs, expenses, and attorney fees.

Dated: April 6, 2023                                Respectfully submitted,

| **Gordon Rees Scully Mansukhani, LLP** | **Cozen O'Connor** |
|---|---|
| */s/ Mark J. Golen* <br> Mark J. Golen, II (PA ID No. 91234) <br> S. Manoj Jegasothy (PA ID No. 80084) <br> Jessica G. Lucas (PA ID No. 311280) <br> 707 Grant Street, Suite 3800 <br> Pittsburgh, PA 15219, Tel: (412) 577-7400 <br> mgolen@grsm.com, mjegasothy@grsm.com, jlucas@grsm.com <br> Clair E. Wischusen (PA ID No. 306752) <br> Damon W.D. Wright (VA Bar No. 40319) (admitted PHV) <br> Joseph L. Meadows (VA Bar No. 92729) (admitted PHV) <br> 1101 King Street, Suite 520 <br> Alexandria, VA 22314 <br> Tel: (202) 399-1009 <br> cwischusen@grsm.com, <br> dwright@grsm.com, jmeadows@grsm.com <br> *Counsel for Plaintiffs* | */s/ Michael de Leeuw* <br> Michael de Leeuw (admitted PHV) <br> Tamar Wise (admitted PHV) <br> Rachel J. Wenger (PA ID No. 325647) <br> One Oxford Centre <br> 301 Grant Street, 41st Floor <br> Pittsburgh, PA 15219 <br> Tel: (412) 620-6500 <br> mdeleeuw@cozen.com, twise@cozen.com <br><br> *Counsel for Defendants* |